**In the Matter of Elray and Jean RASH, Debtors.**

**ASSOCIATES COMMERCIAL CORPORATION, Appellant,**

v.

**Elray RASH and Jean E. Rash, Appellees.**

**No. 93–5396.**

United States Court of Appeals, Fifth Circuit.

Oct. 18, 1995.

Ben L. Aderhold, Tina Snelling, Hirsch, Glover, Robinson & Sheiness, Houston, TX, for appellant.

Rebecca A. Leigh, Houston, TX, for Amicus Curiae, MBCC.

Pamela A. Bassel, Dabney D. Bassel, Law, Snakard & Gambill, P.C., Ft. Worth, TX, Erin B. Shank, Nationsbank of Texas, N.A., Dallas, TX, for Nationsbank.

Robert E. Barron, Nederaland, TX, John J. Durkay, Mehaffy & Weber, Beaumont, TX, for appellee.

Norma L. Hammes, James J. Gold, San Jose, CA, for Amicus Curiae, National Assoc. of Consumer Bankruptcy Attorneys.

## ON SUGGESTION FOR REHEARING EN BANC

Before POLITZ, Chief Judge, KING, JOLLY, DAVIS, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

BY THE COURT:

A member of the court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

* Judges Garwood, Higginbotham and Jones are recused and did not participate in this decision.